Sol Hoffman v. Froma Realty Company.— Motion denied, with ten dollars costs.

Sara G. Jaffer, Appellant, v. Anna M. Kelman and Others.— Motion granted, with ten dollars costs.

Francis R. Holbrook v. Arthur Kennedy.— Motion granted unless appellant complies with terms stated in order.

Louis Abel v. National Reserve Bank.— Motion granted, with ten dollars costs.

Matthew Kammerer v. Liberty Brewing Company.— Motion granted, with ten dollars costs.

Alfonso De Salvo v. Felix De Canio. Johanna Schneider v. Otto G. Heinz. Philip Kadushin v. Abraham J. Jacobs.— Motions granted, with ten dollars costs.

Amelia Buschman v. Mamie H. McDermott.— Motion granted unless appellant complies with terms stated in order.

Charles Harwood v. Shubert Anderson Company.— Application denied, with ten dollars costs. Order signed.

H. E. Taylor and Company v. John H. Fitzpatrick.— Application granted. Order signed.

Pierre A. Shiel v. Charles H. Stoneham.— Application denied, with ten dollars costs. Order signed.

Melanie Unger v. Max Unger.— Motion denied, with ten dollars costs.

James T. Bunt v. Catherine O'Brien.— Motion denied, with ten dollars costs.

Alice G. Rycroft v. Henry C. Pierce.— Motion denied, with ten dollars costs.

The State Bank v. Jacob Cohen.— Motion denied, with ten dollars costs.

In the Matter of Alfred B. Osgoodby.— Motion denied, without costs, with leave to respondent to renew unless petitioner proceeds with due diligence. Order to be settled on notice.